The University of Nebraska Board of Regents of the University of Nebraska  The University of Nebraska